IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE:

                                                          CASE NO. 14-12790-RAM

VIVIAN VAZQUEZ                             CHAPTER 13

      Debtor,
_____/

## EX- PARTE MOTION TO APPROVE FINAL MODIFCATION WITH BSI FINANCIAL SERVICES

The above-referenced Debtor requests the Court enter an Order approving the Final Loan Modification Agreement with BSI Financial Services ("Lender") and states as follows:

1. The Debtor has been making timely payments to trustee.

2. A Motion to Approve Trial Loss Mitigation Modification was filed on July 2, 2014 (ECF#41).

3. The Motion to Approve Trial Loss Mitigation Modification was granted (ECF#50) on August 20, 2014.

4. Attached is a copy of the Final Loan Modification Agreement entered into between the parties (with all personal identifiers redacted)**.**

**WHEREFORE, the** Debtor requests the Motion to Approve Final Loan Modification Agreement with BSI Financial Services ("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Debtor's Motion to approve Final Loan Modification Agreement with BSI Financial Services was served by U.S, first class Mail, upon the parties listed below on February 4, 2015, and also all others set forth in the NEF.

                                                  CORONA LAW FIRM, P.A.

                                                  /s/ Ricardo Corona, Esq.
                                                  RICARDO CORONA, ESQ.
                                                  Florida Bar No.: 111333
                                                  3899 NW 7 Street, Suite 202-B
                                                  Miami, FL 33126
                                                  Tel: (305) 266-1150
                                                  Fax: (888) 554-5607
                                                  E-mail: BK@coronapa.com

                                        **Credit Mailing Matrix**
                                      Case No.: 14-12790-RAM

| **Office of US Trustee** | **Nancy Neidich Trustee** | **Vivan Vazquez** |
|---|---|---|
| 51 SW 1st Avenue, Ste 1204 | PO Box 279806 | 4200 NW 196 St |
| Miami, FL 33130 | Miramar, FL 33027 | Opa Locka, FL 33055 |

**BSI FINANCIAL SERVICES, INC**
C/o Annessa Kalloo
Albertelli Law Firm
5404 Cypress Center Dr. Suite 300
Tampa, FL 33609