**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

Chapter 13
Case No.: 14-12790-RAM

**VIVIAN VAZQUEZ**

Debtor.
_____/

**RESPONSE TO THE DEBTOR'S**
**MOTION TO DEEM MORTGAGE CURRENT**

BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES II TRUST, A DELAWARE STATUTORY TRUST ("BSI Financial Services" or "Secured Creditor"), by and through its undersigned attorney, files this Response to the Debtor's Motion to Deem Current the Mortgage Serviced by BSI Financial Services (the "Response"), and in support states as follows:

1.      On February 5, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2.      On February 6, 2018, the Trustee filed its Final Report and Account (Fully Administered) [D.E. 102].

3.      On March 9, 2018, the Court entered the Final Decree and Discharge of Trustee and the case was closed.

4.      On June 18, 2018, the Debtor filed its Motion to Reopen Chapter 13 Case [D.E. 106] (the "Motion to Reopen").

5.    On June 20, 2018, the Debtor filed its Motion to Deem Current the Mortgage Services by BSI Financial Services [D.E. 109] (the "Motion to Deem Current").

6.    Pursuant to the Motion, the Debtor alleges that the relevant loan was modified during the pendency of the instant case, was paid through the Plan and that, upon completion of the Plan, the Debtor has continued to timely make payments directly to the Secured Creditor pursuant to the terms of the loan modification agreement.

7.    The hearings on the Motion to Reopen and Motion to Deem Current are currently set for July 24, 2018.

8.    Secured Creditor has reconciled the account and has advised undersigned counsel that the Loan is now current and due for August 1, 2018.

9.    Secured Creditor reserves the right to supplement or amend this Response, if necessary.

**WHEREFORE**, BSI Financial Services, as Servicing Agent for US Bank Trust National Association, as Trustee of the Igloo Series II Trust, a Delaware Statutory Trust, respectfully requests that this Honorable Court enter an Order on Debtor's Motion to Deem Mortgage Current, and for any such other relief that the Court deems just and proper.

**Dated this 2nd day of July, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:    /s/ Chase A. Berger
         Chase A. Berger, Esq.
         Florida Bar No. 083794
         cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:    /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>July 2, 2018</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Vivian Vazquez**
4200 N.W. 196th Street
Opa Locka, FL 33055

*Debtor's Counsel*
**Ricardo Corona, Esq.**
3899 N.W. 7th Street - Second Floor
Miami, FL 33126

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By:    /s/ Chase A. Berger
Chase A. Berger, Esq.