

**ORDERED in the Southern District of Florida on July 26, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:              CASE NO.: 14-12790-RAM
VIVIAN VAZQUEZ                 CHAPTER: 13

Debtors,
_____/

### AGREED ORDER GRANTING MOTION TO DEEM CURRENT THE MORTGAGE SERVICED BY BSI FINANCIAL SERVICES, DE 109

**THIS CAUSE** having come before the court upon the Debtor, VIVIAN VAZQUEZ's, Motion to Deem Current the Mortgage Serviced by BSI Financial Services (DE #109), having been advised the parties have reached an agreement this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** as follows:

Page 1 of 2

1. The Debtor's Motion, D.E. # 109, is **GRANTED**.

2. As the date of this Order, the mortgage is current.

3. The mortgage is due for the August 1, 2018.

###

Submitted by:
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 547-1234 Phone
(888)5454-5607 Facsimile

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).